UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 OCT 14 PM 12: 27

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 5:21-cr-91-1-2-3 |
| OSCAR MALDONADO<br>CURTIS CHRISTIAN<br>JAMAL JONES | (21 U.S.C. §§ 846, 841(a)) |

## INDICTMENT

### COUNT 1

The grand jury charges:

Beginning in approximately 2017 and continuing through March 2020, in the District of Vermont and elsewhere, the defendants OSCAR MALDONADO, CURTIS CHRISTIAN and JAMAL JONES knowingly and willfully conspired with themselves and with other persons known and unknown to the grand jury to distribute heroin, a schedule I controlled substance, and fentanyl, cocaine and cocaine base, Schedule II controlled substances.

The grand jury further alleges that as to the defendant OSCAR MALDONADO, the conspiracy involved 500 grams or more of a mixture and substance that contained cocaine, and 100 grams or more of a mixture and substance that contained a detectable amount of heroin.

(21 U.S.C. §§ 846, 841(b)(1)(B), 841(b)(1)(C))

## COUNT 2

On or about March 10, 2020, in the District of Vermont, the defendants OSCAR MALDONADO and CURTIS CHRISTIAN knowingly and intentionally distributed heroin, a schedule I controlled substance, and fentanyl, a schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

**COUNT 3**

On or about March 31, 2020, in the District of Vermont, the defendants OSCAR MALDONADO and CHRISTIAN CURTIS knowingly and intentionally distributed cocaine base, a schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C); 18 U.S.C. § 2)

A TRUE BILL

**REDACTED**

FOREPERSON

*Jonathan A. Ophardt*
JONATHAN A. OPHARDT (GLW)
United States Attorney
Burlington, Vermont
October 14, 2021